**EXHIBIT 1:** INFRINGEMENT
URL: https://www.facebook.com/HarrahsPhiladelphia/videos/361003668059908

