**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

WATSON MUSIC GROUP, LLC. D/B/A
QUADRASOUND MUSIC,

                Plaintiff,

      v.

CAESARS ENTERTAINMENT, INC.,

                Defendant.

**Case No. 2:23-cv-04502**

---

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the matter has been settled and, whereas no party is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice.

DATED: January 15, 2024

                **SANDERS LAW GROUP**

                By: ___*/s/ Renee J. Aragona*___
                Renee J. Aragona (PA Bar No. 325520)
                Sanders Law Group
                333 Earle Ovington Blvd, Suite 402
                Uniondale, NY 11553
                Tel: 516.203.7600
                raragona@sanderslaw.group
                File No.: 128177

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2024, a copy of the foregoing was filed electronically via CM/ECF which will serve notice to all counsel of record.

*/s/ Renee J. Aragona*
Renee J. Aragona